✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

Carol A. Saville.
Plaintiff,

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 3:06CV3015

Commissioner of Social Security
Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT** the Commissioner's Decision be Hereby Affirmed.

CASE DISMISSED.

/s/ Vernelis K. Armstrong
Vernelis K. Armstrong
United States Magistrate Judge

| | |
|---|---|
| March 24, 2008 | GERI M. SMITH |
| Date | Clerk |

/s/ Patricia A. Schuchmann
Deputy Clerk